Good morning and may it please the Court, Mr. Stewart. My name is Greg Walters and I'm here on behalf of the United States. Your Honor, as the government reevaluated its position in preparation for today's hearing through a course of discussion with colleagues and mooting this session, I came to the conclusion that the position I took on behalf of the government in our response brief with respect to the second issue raised by the defense, and that is whether there was an abuse of discretion in denying Mr. Jones' request to reopen the evidence so that he could testify. I came to the conclusion that I took an erroneous position on behalf of the United States. I believe the District Court judge could have certainly reached the conclusion that she did reach in denying his request. But what I recognize as well is whether it's legal error or abuse of discretion error, by not recognizing either explicitly or through discussion that she had that discretion and in fact making statements that would perhaps indicate clearly that the District Court did not believe she had the discretion, that that left the Court with nothing to evaluate on that issue. We consciously chose in our response not to assert harmless error, and we're not asserting it now. That decision, I didn't feel in good faith when we responded that based on the state of the record that we could argue that that error, if it did occur, was harmless beyond a reasonable doubt. I apologize to the Court, to its staff, and to Mr. Stewart. I know your time is precious and it's a valuable resource, and so I apologize for the lateness of the notice. I thought of the quote from Justice Frankfurter, that wisdom too often never comes. I'm paraphrasing, but one not ought to reject it even when it comes late, and so that's why we're here today. Any questions? Thank you, Mr. Walters. Thank you, Your Honors. Mr. Stewart, do you want to make any comment? No, Your Honor. The United States position is consistent with what we requested when I asked the Court to make a judgment in the event of a new trial. All right. Is that acceptable to you? Well, an order will then issue in accordance with that. The judgment of conviction will be vacated and will be remanded for a retrial. Thank you, Your Honors. All right. Thank you both.